**FILED: 5/24/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GERALDINE GODECKE,<br><br>Plaintiff,<br><br>v.<br><br>KINETIC CONCEPTS, INC., et al.,<br><br>Defendants. | CASE NO. CV 08-6403-GHK (AGRx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

Pursuant to our January 30, 2012 Order, **IT IS HEREBY ADJUDGED** that Counts I-III of the Second Amended Complaint are **DISMISSED**. Pursuant to Fed. R. Civ. P. 54(b), we expressly determine that there is no just reason for delay, and we therefore direct entry of this judgment.

**IT IS SO ORDERED**.

DATED: May 24, 2012

_____
GEORGE H. KING
United States District Judge