1  MARK I. LABATON (SBN 159555)
   mlabaton@glancylaw.com
2  Glancy Prongay & Murray LLP
   1925 Century Park East, Suite 2100
3  Los Angeles, CA 90067
   Telephone: (310) 201-9150
4  Facsimile:  (310) 201-9160

5  MICHAEL A. HIRST (SBN 131034)
   michael.hirst@hirstlawgroup.com
6  Hirst Law Group, P.C.
   200 B Street, Suite A
7  Davis, CA 95616
   Telephone: (530) 756-7700
8  Facsimile:  (530) 756-7707

9  PATRICK J. O'CONNELL
   (admitted *pro hac* vice)
10 pat@pjofca.com
   Law Offices of Patrick J. O'Connell PLLC
11 2525 Wallingwood Dr., Bldg. 14
   Austin, TX 78746
12 Telephone: (512) 852-5918
   Facsimile:  (512) 222-0422
13
   Attorneys for Plaintiff-Relator
14 Geraldine Godecke

15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GERALDINE GODECKE,<br><br>Plaintiffs,<br><br>v.<br><br>KINETIC CONCEPTS, INC., and KCI USA, INC.,<br><br>Defendants. | CASE: 2:08-cv-06403-CAS (AGRx)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff-Relator Geraldine Godecke appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Final Judgment As To Fraud Claims Arising Under 31 U.S.C. § 3729(a)(1) (ECF No. 318), filed on January 24, 2018. Plaintiff-Relator's pending retaliation claim and Defendants' counterclaims have been stayed by the District Court.

Dated: February 21, 2018

By: s/Mark I. Labaton
MARK I. LABATON
mlabaton@glancylaw.com
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*The filer, Mark I. Labaton, attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

By: s/Michael A. Hirst
MICHAEL A. HIRST
michael.hirst@hirstlawgroup.com
Hirst Law Group, P.C.
200 B Street, Suite A
Davis, CA 95616
Telephone: (530) 756-7700
Facsimile: (530) 756-7707

By: s/Patrick J. O'Connell
PATRICK J. O'CONNELL
(admitted *pro hac* vice)
pat@pjofca.com
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood Dr., Bldg. 14
Austin, TX 78746
Telephone: (512) 852-5918
Facsimile: (512) 222-0422

Attorneys for Plaintiff-Relator
Geraldine Godecke

# REPRESENTATION STATEMENT

**UNITED STATES OF AMERICA ex rel. GERALDINE GOEDECKE**
v.
**KINETIC CONCEPTS, INC. and KCI USA, INC.**

**CASE NO. CV-08-06403**

Counsel for Appellant Geraldine Godecke:

MARK I. LABATON
mlabaton@glancylaw.com
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160

MICHAEL A. HIRST
michael.hirst@hirstlawgroup.com
Hirst Law Group, P.C.
200 B Street, Suite A
Davis, CA 95616
Telephone: (530) 756-7700
Facsimile:  (530) 756-7707

PATRICK J. O'CONNELL
(*admitted pro hac vice*)
pat@pjofca.com
Law Offices of Patrick J. O'Connell, PLLC
2525 Wallingwood Dr., Bldg 14
Austin, TX 787046
Telephone: (512) 852-5918
Facsimile:  (512) 222-0422

Counsel for Appellees KCI USA, Inc. and Kinetic Concepts, Inc.:

MATTHEW E. SLOAN (SBN 165165)
matthew.sloan@skadden.com
MATTHEW DONALD UMHOFER (SBN 206607)
matthew.umhofer@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
(213) 687-5600

GREGORY M. LUCE (admitted pro hac vice)
CHRISTOPHER G. OPRISON (admitted pro hac vice)
COLIN V. RAM (admitted pro hac vice)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 21, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 21, 2018, at Los Angeles, California.

*s/ Mark I. Labaton*
Mark I. Labaton

# Mailing Information for a Case 2:08-cv-06403-CAS-AGR United States of America et al v. Kinetic Concepts, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John A J Barkmeyer**
  john.barkmeyer@skadden.com

- **Michael A Hirst**
  michael.hirst@hirstlawgroup.com,jerry.hurst@hirstlawgroup.com,natalie.emken@hirstlawgroup.com,candis.snow@hirstlawgroup.com

- **Mark I Labaton**
  mlabaton@glancylaw.com,info@glancylaw.com

- **Gregory M Luce**
  greg.luce@skadden.com

- **Kevin James Minnick**
  kevin.minnick@skadden.com,dlmlclac@skadden.com,rachael.schiffman@skadden.com

- **Patrick J O'Connell**
  pat@pjofca.com,sylvia@pjofca.com,jim@pjofca.com

- **Colin V Ram**
  Colin.Ram@skadden.com,paul.solomon@skadden.com

- **Matthew Eric Sloan**
  matthew.sloan@skadden.com,shannon.cooper@skadden.com,DLMLCLAC@skadden.com,john.barkmeyer@skadden.com

- **Paul A Solomon**
  paul.solomon@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
William              A Hritsco
Davis Warren & Hritsco
122 East Glendale Street
PO Box 28
Dillon, MT 59725
```