UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GERALDINE GODECKE,<br><br>Plaintiffs,<br><br>v.<br><br>KINETIC CONCEPTS, INC., and KCI USA, INC.,<br><br>Defendants. | CASE: 2:08-cv-06403-CAS (AGRx)<br><br>[PROPOSED] ORDER RE: SETTLEMENT, AND REQUEST TO CONTINUE STATUS CONFERENCE AND STAY PROCEEDINGS<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

PROPOSED ORDER

Plaintiff-Relator Geraldine Godecke ("Relator") and Defendants Kinetic Concepts, Inc. and KCI USA, Inc. (collectively, "Defendants") having filed a stipulation regarding Settlement and Request to Continue Status Conference and Stay Proceedings, and for good cause shown therein,

IT IS HEREBY ORDERED that:

1. The Status Conference calendared for November 9, 2021, at 10:00 a.m., is hereby CONTINUED; and

2. The parties shall be granted 60 days to complete the settlement documents and file joint dismissals.

IT IS SO ORDERED.

DATED: _____, 2021     By:_____
HONORABLE CHRISTINA A. SNYDER
United States District Court Judge