JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GERALDINE GODECKE,<br><br>Plaintiffs,<br><br>v.<br><br>KINETIC CONCEPTS, INC., and KCI USA, INC.,<br><br>Defendants. | CASE: 2:08-cv-06403-CAS (AGRx)<br><br>[~~PROPOSED~~] ORDER RE: CONSENT TO VOLUNTARY DISMISSAL WITH PREJUDICE TO THE PARTIES AND WITHOUT PREJUDICE TO THE UNITED STATES<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

IT IS HEREBY ORDERED that:

Pursuant to the Joint Notice of Stipulation and Consent to Voluntary Dismissal With Prejudice to the Parties and Without Prejudice to the United States, and for good cause shown therein, this action is dismissed with prejudice as to Relator Geraldine Godecke and Defendants Kinetic Concepts, Inc. and KCI USA, Inc. (the "Parties"), and without prejudice to the United States, with each party to bear its own costs. Pursuant to 31 U.S.C. § 3730(b)(1), the United States, which declined to intervene

[PROPOSED] ORDER RE: CONSENT TO VOLUNTARY DISMISSAL WITH PREJUDICE TO
THE PARTIES AND WITHOUT PREJUDICE TO THE UNITED STATES

and, to date, has not intervened in this action, has been notified of this stipulation of dismissal and has indicated that it has no objection to voluntary dismissal with prejudice with regard to Relator's claims against Defendants and without prejudice as to the United States.

IT IS SO ORDERED.

DATED: January 27, 2022        By: /s/ Christina A. Snyder
                                   HONORABLE CHRISTINA A. SNYDER
                                   United States District Court Judge

[PROPOSED] ORDER RE: CONSENT TO VOLUNTARY DISMISSAL WITH PREJUDICE